UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN CROCAMO,

                Plaintiff,

                v.

ANTHONY SCERBO, JERSEY CITY
POLICE DEPT, et al.,

                Defendants.

Civil Action No. 05-cv-5714 (PGS)

**ORDER**

      This matter comes before the Court on the Defendants' motion to dismiss Plaintiff's complaint for insufficient process or service of process and for failure to state a claim upon which relief can be granted. Plaintiff did not submit an opposition to the motion. Having considered the parties' submissions, and for having good cause shown,

      IT IS on this 11th day of June 2008

      ORDERED that Defendants' Motion to Dismiss is hereby denied without prejudice; it is further

      ORDERED that Plaintiff's claims against defendants "Jeremiah [sic] Healy," Mayor of Jersey City; Peter Harvey, Attorney General of New Jersey; Edward DeFazio, Hudson County Prosecutor; "John Doe," Jersey City Chief of Police; and "Mr. Morales" of the Hudson County Prosecutor's Office are hereby denied with prejudice; it is further

ORDERED that within twenty days of this Order, Plaintiff submit proof to this Court that he served or attempted to serve all defendants, against whom Plaintiff's claims are still outstanding, as listed in his Amended Complaint, filed February 23, 2006.

June 11, 2008

_____
PETER G. SHERIDAN, U.S.D.J.