UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN CROCAMO,** | Civil Action No.: 05-5714 |
| Plaintiff, | |
| v. | ORDER |
| **ANTHONY SCERBO, ET AL.,** | |
| Defendants. | |

WHEREAS Plaintiff, John Crocamo, has submitted a motion to withdraw his complaint against the defendants; and

WHEREAS this Court has reviewed Plaintiff's letter setting forth the reasons for bringing the motion and is satisfied that he has provided a good faith and reasonable explanation for withdrawing his complaint; and

WHEREAS in a video status conference on October 16, 2008, Plaintiff indicated to this Court's satisfaction that he understood that he was asking for this matter to be dismissed; and

WHEREAS good cause having been shown, it is on this __16__ day of October, 2008, hereby ORDERED that

Plaintiff's motion to withdraw his Complaint is granted, and this action is dismissed without prejudice.

_____
PETER G. SHERIDAN, U.S.D.J.